96 A.3d 331

**Mwangi SEKOU, Appellant**

v.

**Sheila WOODS–SKIPPER, Appellee.**

Supreme Court of Pennsylvania.

July 21, 2014.

Mwangi Sekou, pro se.

194

A. Taylor Williams, Administrative Office of Pennsylvania Courts, Philadelphia, for Sheila Woods–Skipper.

## *ORDER*

PER CURIAM.

AND NOW, this 21st day of July 2014, the Order of the Commonwealth Court is **AFFIRMED**.